UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

CASE NUMBER: 3:23 CV-262-GNS

Benjamin McBride     PLAINTIFF(S)

v.

TikTok Inc.     DEFENDANT(S)

**FILED**
JAMES J. VILT JR, CLERK
5/25/2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

MOTION FOR _____
[state what you want the Court to do]

I, Benjamin M., the ☑ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order to drop the case.
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

Change of circumstance.

_____
_____
_____
_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This **25** day of **May**, 20**23**.

Signed: **Benjamin McBride**
[your signature]

Print your name: **Benjamin McBride**

Address: **8708 Summit Ridge Dr. Louisville, KY, 40241**

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

_____.

Signed:_____
[your signature]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above _____was served upon
[name of document]

_____ by_____ at_____
[name of opposing party or counsel]   [mail or hand-delivery]   [address]

_____ on _____.
                                           [date]

Signed:_____
[your signature]